HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman (SBN 154481)
Alec Segarich (SBN 260189)
100 PINE STREET, STE. 1550
San Francisco, CA 94111
Tel   (415) 362-1111
Fax  (415) 362-1112
Email: mhoffman@employment-lawyers.com

Attorneys for Plaintiffs
JACQUELINE DOMNITZ, PAMELA TADDEI,
and IMELDA KANTERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDEI, and IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WAREHOUSE DEMO SERVICES, INC., a Washington Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-09-05305 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES;<br><br>[Civ. L. R. 3-12(b) and 7-11]<br><br><br>Date:       December 10, 2010<br>Time:      9:00 a.m.<br>Location: Ct. 7, 19th Fl. |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases *Domnitz et al. v. Warehouse Demo Services, Inc.*, N.D. Cal. Case No. CV-09-05305 MMC and *Martin v. Warehouse Demo Services, Inc.*, N.D. Cal. Case No. 10-CV-04539-EMC <u>are related</u> pursuant to Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: __November 10__, 2010

_____
Hon. Maxine M. Chesney
Judge of the United States District Court

---

1

[PROPOSED] ORDER GRANTING MOTION RELATING CASES        Case No.: CV 09 5305 MMC